# AFFIDAVIT OF SERVICE

| Case: 2015M1110181 | Court: Circuit Court Cook | County: Cook, IL | Job: 2378223 |
|---|---|---|---|
| Plaintiff / Petitioner: Kim Mitchell | | Defendant / Respondent: John A. Popadiuk | |
| Received by: Hardball Process Service, LLC | | For: Zane D. Smith & Associates. LTD | |
| To be served upon: John A. Popadiuk | | | |

I, Jake Mejaski, certify that I have been appointed Special Process Server in this matter and/or I am a registered employee of an Illinois Licensed Private Detective Agency, Department of Professional Regulation Number 117.001609. I am over 18 years of age and not a party in this matter.

**Recipient Name / Address:** John A. Popadiuk, 722 Chestnut Court, Bartlett, IL 60103
**Manner of Service:** Personal/Individual, Jun 16, 2018, 1:51 pm CDT
**Documents:** Citation To Discover Assets

**Additional Comments:**
1) Successful Attempt: Jun 16, 2018, 1:51 pm CDT at 722 Chestnut Court, Bartlett, IL 60103 received by John A. Popadiuk. Age: 55; Ethnicity: Caucasian; Gender: Male; Weight: 220; Height: 5'9"; Hair: Red;

_____  06/16/2018
Jake Mejaski                Date
117.001609

Hardball Process Service, LLC
555 Skokie Blvd. Suite 500
Northbrook, IL 60062
847-780-6308

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

6/16/18
Date        Commission Expires

OFFICIAL SEAL
SARI BURTON
Notary Public — State of Illinois
My Commission Expires January 22, 2019

## AFFIDAVIT OF SERVICE

| Case:<br>2015M1110181 | Court:<br>Circuit Court Cook | County:<br>Cook, IL | Job:<br>2378239 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Kim Mitchell | | Defendant / Respondent:<br>John A. Popadiuk | |
| Received by:<br>Hardball Process Service, LLC | | For:<br>Zane D. Smith & Associates, LTD | |
| To be served upon:<br>Michelle Popadiuk | | | |

I, Jake Mejaski, certify that I have been appointed Special Process Server in this matter and/or I am a registered employee of an Illinois Licensed Private Detective Agency, Department of Professional Regulation Number 117.001609. I am over 18 years of age and not a party in this matter.

**Recipient Name / Address:** John Popadiuk, 722 Chestnut Court, Bartlett, IL 60103
**Manner of Service:** Substitute Service - Abode, Jun 16, 2018, 1:50 pm CDT
**Documents:** Citation To Discover Assets

**Additional Comments:**
1) Successful Attempt: Jun 16, 2018, 1:50 pm CDT at 722 Chestnut Court, Bartlett, IL 60103 received by John Popadiuk. Age: 55; Ethnicity: Caucasian; Gender: Male; Weight: 220; Height: 5'9"; Hair: Red; Relationship: Husband;

_____  06/16/2018
Jake Mejaski                     Date
117.001609

Hardball Process Service, LLC
555 Skokie Blvd. Suite 500
Northbrook, IL 60062
847-780-6308

Subscribed and sworn to before me by the affiant who is personally known to me

_____
Notary Public

6/16/18
Date            Commission Expires

OFFICIAL SEAL
SARI BURTON
Notary Public – State of Illinois
My Commission Expires January 22, 2019

## AFFIDAVIT OF SERVICE

| Case:<br>2015M1110181 | Court:<br>Circuit Court Cook | County:<br>Cook, IL | Job:<br>2378160 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>Kim Mitchell | | **Defendant / Respondent:**<br>John A. Popadiuk | |
| **Received by:**<br>Hardball Process Service, LLC | | **For:**<br>Zane D. Smith & Associates, LTD | |
| **To be served upon:**<br>American Pinball, Inc | | | |

I, Jake Mejaski, certify that I have been appointed Special Process Server in this matter and/or I am a registered employee of an Illinois Licensed Private Detective Agency, Department of Professional Regulation Number 117.001609. I am over 18 years of age and not a party in this matter.

**Recipient Name / Address:** Dhaval Vasani CEO, 1448 Yorkshire Dr, Streamwood, IL 60107
**Manner of Service:** Authorized, Jun 18, 2018, 11:01 am CDT
**Documents:** Citation To Discover Assets To Third Party

**Additional Comments:**
1) Unsuccessful Attempt: Jun 16, 2018, 1:38 pm CDT at 1448 Yorkshire Dr, Streamwood, IL 60107

2) Successful Attempt: Jun 18, 2018, 11:01 am CDT at 1448 Yorkshire Dr, Streamwood, IL 60107 received by Dhaval Vasani CEO. Age: 45; Ethnicity: Middle Eastern; Gender: Male; Weight: 180; Height: 5'9"; Hair: Black;

_____    06/18/2018
Jake Mejaski                Date
117.001609

Hardball Process Service, LLC
555 Skokie Blvd. Suite 500
Northbrook, IL 60062
847-780-6308

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

6/18/18
Date        Commission Expires

**OFFICIAL SEAL**
**SARI BURTON**
Notary Public — State of Illinois
My Commission Expires January 22, 201_

## AFFIDAVIT OF SERVICE

| Case: 2015M1110181 | Court: Circuit Court Cook | County: Cook, IL | Job: 2379694 |
|---|---|---|---|
| Plaintiff / Petitioner: Kim Mitchell | | Defendant / Respondent: John A. Popadiuk | |
| Received by: Ed Pelchar | | For: Zane D. Smith & Associates. LTD | |
| To be served upon: Deeproot Pinball | | | |

I, Ed Pelchar, I am over 18 years of age and not a party in this matter.

**Recipient Name / Address:** Nathan Spradlin, Business Development, 12621 Silicon Drive, San Antonio, TX 78249
**Manner of Service:** Corporation, Jun 15, 2018, 2:55 pm CDT
**Documents:** Citation To Discover Assets To Third Party

**Additional Comments:**
1) Successful Attempt: Jun 15, 2018, 2:55 pm CDT at 12621 Silicon Drive, San Antonio, TX 78249 received by Nathan Spradlin, Business Development. Age: 35; Ethnicity: Caucasian; Gender: Male; Weight: 150; Height: 5'7"; Hair: Brown;

_____     6/18/18
Ed Pelchar               Date

Ed Pelchar
P.O. Box 700129
San Antonio, TX 78230
210-683-7867