

Office of the Secretary of State Jesse White
CYBERDRIVEILLINOIS.COM

# UCC Search

## Results

Your search for **"POPADIUK"** results.

Showing Results **1 - 1**

**Non-Certified Statement** - This a non-certified data search. Some records found in this data may have expired. A certified search may only be obtained by submitting a UCC-11 to the filing office.

Return to Search

| File Number | Filing Date/Time | Name/Address | Secured Party |
|---|---|---|---|
| 023740990 | 09/17/2018 09:10 | POPADIUK, JOHN A. 722 CHESTNUT COURT BARTLETT IL 60103-0000 | DEEPROOT TECH, LLC 12621 SILICON DRIVE SAN ANTONIO TX 78249 |

This debtor name search was performed on 09/24/2019 10:34 AM with the following search parameters:
**DEBTOR NAME: POPADIUK**
**CITY: [Not Specified]**

| Order | View | Filing Number | Filing Type | Filing Date | Pages | Lapse Date |
|---|---|---|---|---|---|---|
| ☐ | ☒ | 18-0032525723 | Financing Statement | 09/14/2018 02:34 PM | 3 | 09/14/2023 |

| | | |
|---|---|---|
| Debtor | ZIDWARE, INC. | 722 CHESTNUT CT<br>BARTLETT, IL, 60103 |
| Debtor | JOHN A. POPADIUK Jr | 722 CHESTNUT CT<br>BARTLETT, IL, 60103 |
| Secured Party | DEEPROOT TECH, LLC | 12621 SILICON DRIVE<br>SAN ANTONIO, TX, 78249 |

Select All Filings: ☐

[ Order Selected Filings ] [ Order Certificate ] [ New Search ]