**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| **Honorable** | Carol A. Doyle | **Hearing Date** | April 16, 2020 |
| **Bankruptcy Case No.** | 19 B 33336 | **Adversary No.** | 20 A 00024 |
| **Title of Case** | John A. Popadiuk | | |
| | Mitchell et al v. Popadiuk et al | | |
| **Brief Statement of Motion** | Adversary Complaint | | |
| **Names and Addresses of moving counsel** | | | |
| **Representing** | | | |

# ORDER

**IT IS ORDERED that the parties must complete discovery by July 31, 2020.**

*/s/ Carol A. Doyle*