UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>John A. Popadiuk<br><br>Debtor(s)<br>Kim Mitchell, Rommy Henley, Raphael Zilch, Edward Storozuk, Brian Sherman and Joe Newhart<br><br>Plaintiff(s)<br>John A. Popadiuk, indv. and d/b/a Zidware, Inc.<br><br>Defendant(s) | BK No.: 19-33336<br><br>Chapter: 7<br><br>Honorable Carol A. Doyle<br><br>Adv. No.: 20-00024 |

**ORDER EXTENDING TIME TO ANSWER COMPLAINT**

THIS MATTER COMING ON TO BE HEARD on the Motion of the Defendant, John A. Popadiuk, to Extend Time to Answer;

IT IS HEREBY ORDERED the time for Defendant to file his Answer to the complaint is extended to April 23, 2020.

Enter:

*[signature: Carol Doyle]*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: April 23, 2020

**Prepared by:**

Jeffrey C. Dan (Atty. No. 06242750)
Goldstein & McClintock LLLP
111 W. Washington, Suite 1221
Chicago, Illinois 60602
312-219-6702