# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTH DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| John A. Popadiuk, | ) | Adversary No.: 20-00024 |
| | ) | |
| Debtor, | ) | Hon. Carol P. Doyle |
| | ) | |
| Kim Mitchell, Rommy Henley, | ) | |
| Raphael Zilch; Edward Storozuk, | ) | Bankruptcy Case No. 19-33336 |
| Brian Sherman; and Joe Newhart | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| John A Popadiuk, individually and d/b/a, | ) | |
| Zidware, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

To:     Jeffrey Dan

## Notice of Motion

PLEASE TAKE NOTICE that on August 20, 2020, at 10:30 a.m., I will appear before the Honorable Carol A. Doyle or any judge sitting in that judge's place, and present the motion of Plaintiffs to File Additional Appearance, a copy of which is attached. This motion will be presented and heard telephonically. No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at www.CourtSolutions.com or by calling Court Solutions at (917) 746-7476. If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

## Certificate of Service

The undersigned, an attorney, certifies that he caused to be served the person identified above, the Plaintiffs' Motion to File Additional Appearance, the Notice of Motion and the proposed Order by filing copies with the Clerk's CM/ECF system on July 31, 2020, before 11:00 p.m.

/s/Bert Zaczek

| | |
|---|---|
| Bert Zaczek/Amy Pikarsky<br>311 N. Aberdeen St.<br>Suite 200-D<br>Chicago, IL  60607<br>T: 312-527-1090<br>bert@bzlegal.net<br>amy@bzlegal.net | Zane D. Smith & Associates, Ltd.<br>221 N. LaSalle St., Suite 1320<br>Chicago, IL 60601<br>T: 312-245-0031<br>Zane@zanesmith.com |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTH DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| John A. Popadiuk, | ) | Adversary No.: 20-00024 |
| | ) | |
| Debtor, | ) | Hon. Carol P. Doyle |
| | ) | |
| Kim Mitchell, Rommy Henley, | ) | |
| Raphael Zilch; Edward Storozuk, | ) | Bankruptcy Case No. 19-33336 |
| Brian Sherman; and Joe Newhart | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| John A Popadiuk, individually and d/b/a, | ) | |
| Zidware, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

**Plaintiffs' Motion for Permission to File Additional Appearance**

The Plaintiffs, Kim Mitchell, Rommy Henley, Raphael Zilch, Edward Storozuk, Brian Sherman, and Joe Newhart ("Plaintiffs"), by their attorneys, Bert Zaczek, Amy, Pikarsky, and Zane D. Smith & Associates, Ltd. state for their Motion for Permission to File Additional Appearance:

1. Bert Zaczek has been retained to assist the Plaintiffs with this case. Another attorney from a different firm, Zane D. Smith, filed the case. Because Zaczek is not part of Mr. Smith's firm, Zaczek requires permission from the Court to formally appear.

2. Zaczek will be assisting and Mr. Smith will remain as an attorney for the Plaintiffs.

**Wherefore**, Bert Zaczek requests permission to formally appear in this case.

        Respectfully submitted

        **Kim Mitchell, Rommy Henley, Raphael Zilch, Edward Storozuk, Brian Sherman, and Joe Newhart**

By:   /s/<u>Bert Zaczek</u>
       One of Plaintiffs' attorneys

Bert Zaczek/Amy Pikarsky
311 N. Aberdeen St.
Suite 200-D
Chicago, IL 60607
T: 312-527-1090
bert@bzlegal.net
amy@bzlegal.net

Zane D. Smith & Associates, Ltd.
221 N. LaSalle St., Suite 1320
Chicago, IL 60601
T: 312-245-0031
Zane@zanesmith.com

2