UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>John A. Popadiuk<br><br><br><br>Kim Mitchell et al.<br><br><br><br>John A. Popadiuk et al. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>Debtor(s)   )<br>)<br>)<br>)<br>Plaintiff(s) )<br>)<br>)<br>)<br>Defendant(s) ) | BK No.:  19-33336<br><br>Chapter:  7<br><br>Honorable Carol A. Doyle<br><br><br>Adv. No.: 20-00024 |

**Order Granting Permission to File Additional Appearance**

    This matter coming to be heard on Plaintiffs' Motion for Permission to File Additional Appearance,

IT IS ORDERED that the motion is granted.  Bert Zaczek is granted permission to file an additional Appearance on behalf of the Plaintiffs.


Enter:

*Carol Doyle*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated:  August 20, 2020

**Prepared by:**

Bert Zaczek
311 N. Aberdeen, Suite 200-D
Chicago, IL 60607