**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTH DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| John A. Popadiuk, | ) | Adversary No.: 20-00024 |
| | ) | |
| Debtor, | ) | Hon. Carol P. Doyle |
| | ) | |
| Kim Mitchell, Rommy Henley, | ) | |
| Raphael Zilch; Edward Storozuk, | ) | Bankruptcy Case No. 19-33336 |
| Brian Sherman; and Joe Newhart | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| John A Popadiuk, individually and d/b/a, | ) | |
| Zidware, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

**Notice of Motion**

TO: Jeffrey Dan

PLEASE TAKE NOTICE that on August 19, 2021, at 10:30 a.m., I will appear before the Honorable Carol A. Doyle, or any judge sitting in that judge's place, and present the Agreed Motion of the Plaintiffs to Extend Discovery Cutoff, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828- 7666. Then enter the meeting ID and password.

**Meeting ID and password**. The meeting ID for this hearing is **161 155 8289** and the password is **Doyle742**. The meeting ID and password can also be found on the judge's page on the court's web site. If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a

Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

                                                **Kim Mitchell, Rommy Henley, Raphael Zilch, Edward Storozuk, Brian Sherman, and Joe Newhart**

                By:    /s/<u>Bert Zaczek</u>
                         One of Plaintiffs' attorneys
                         T: 312-527-1090
                         E: bert@bzlegal.net

### Certificate of Service

I, Bert Zaczek, certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on August 12, 2021.

| | |
|---|---|
| Bert Zaczek/Amy Pikarsky<br>311 N. Aberdeen St.<br>Suite 200-D<br>Chicago, IL  60607<br>T: 312-527-1090<br>bert@bzlegal.net<br>amy@bzlegal.net | Zane D. Smith & Associates, Ltd.<br>221 N. LaSalle St., Suite 1320<br>Chicago, IL 60601<br>T: 312-245-0031<br>Zane@zanesmith.com |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTH DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| John A. Popadiuk, | ) | Adversary No.: 20-00024 |
| | ) | |
| Debtor, | ) | Hon. Carol P. Doyle |
| | ) | |
| Kim Mitchell, Rommy Henley, | ) | |
| Raphael Zilch; Edward Storozuk, | ) | Bankruptcy Case No. 19-33336 |
| Brian Sherman; and Joe Newhart | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| John A Popadiuk, individually and d/b/a, | ) | |
| Zidware, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

**Plaintiffs' Agreed Motion to Extend Discovery Cutoff**

The Plaintiffs, Kim Mitchell, Rommy Henley, Raphael Zilch, Edward Storozuk, Brian Sherman, and Joe Newhart ("Plaintiffs"), by their attorneys, Bert Zaczek, Amy, Pikarsky, and Zane D. Smith & Associates, Ltd. state for their Agreed Motion to Extend Discovery Cutoff:

1. Discovery is set to close on August 13, 2021, the day this Motion is being filed. ECF No. 36. It was initially set to close on various other dates but was extended because the Defendant had not yet supplied discovery responses.

2. On June 12, 2021, the Defendant finally provided the discovery responses.

3. The parties scheduled the deposition of the Defendant for August 10, 2021. However, he needed to cancel the deposition. As a result, the parties agreed to ask the Court for another extension to allow the deposition to occur.

**Wherefore**, the Plaintiffs, Kim Mitchell, Rommy Henley, Raphael Zilch, Edward Storozuk, Brian Sherman, and Joe Newhart, request that discovery be extended until through September 16, 2021.

                                                Respectfully submitted,

                                                **Kim Mitchell, Rommy Henley, Raphael Zilch, Edward Storozuk, Brian Sherman, and Joe Newhart**

                        By:    /s/<u>Bert Zaczek</u>
                                One of Plaintiffs' attorneys

| | |
|---|---|
| Bert Zaczek/Amy Pikarsky | Zane D. Smith & Associates, Ltd. |
| 311 N. Aberdeen St. | 221 N. LaSalle St., Suite 1320 |
| Suite 200-D | Chicago, IL 60601 |
| Chicago, IL 60607 | T: 312-245-0031 |
| T: 312-527-1090 | Zane@zanesmith.com |
| bert@bzlegal.net | |
| amy@bzlegal.net | |