UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>John A. Popadiuk<br><br><br><br>Kim Mitchell et al.<br><br><br><br>John A. Popadiuk et al. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>Debtor(s)    )<br>)<br>)<br>)<br>)<br>Plaintiff(s)    )<br>)<br>)<br>)<br>Defendant(s)    ) | BK No.: 19-33336<br><br>Chapter: 7<br><br>Honorable Carol A. Doyle<br><br><br><br>Adv. No.: 20-00024 |

**Order Extending Discovery Cutoff**

This matter coming to be heard on Plaintiffs' Motion to Extend Discovery Cutoff, the Court advised in the premises,

It is ordered that the motion is granted. The discovery cutoff is extended through September 16, 2021.

Enter:

*/s/ Carol A. Doyle*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated:  August 19, 2021

**Prepared by:**

Bert Zaczek
311 N. Aberdeen, Suite 200-D
Chicago, IL 60607