**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 7 |
| John A. Popadiuk, | ) | |
| | ) | Case No. 19-33336 |
| Debtor, | ) | |
| | ) | Hon. Carol A. Doyle |
| Kim Mitchell, Rommy Henley, Raphael Zilch, | ) | |
| Edward Storozuk, Brian Sherman and Joe Newhart, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 20-00024 |
| | ) | |
| John A. Popadiuk, individually and d/b/a/ Zidware, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF OBJECTION

Defendant, John A. Popadiuk ("*Popadiuk*," or "*Defendant*"), hereby files his Notice of Objection to the Plaintiffs' Motion to Extend Discovery Cutoff (the "*Motion*") scheduled for September 23, 2021 and requests that the Motion be called on the presentment date.

Dated:  September 21, 2021                    Respectfully submitted,

**JOHN A. POPADIUK, Defendant**

By: /s/ Jeffrey C. Dan
Jeffrey C. Dan (Atty. No. 06242750)
**GOLDSTEIN & MCCLINTOCK LLLP**
111 W. Washington, Suite 1221
Chicago, IL 60602
Telephone: (312) 337-7700
Facsimile: (312) 277-3315
e-mail: jeffd@goldmclaw.com

*Counsel for Defendant*