UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | | |
|---|---|---|---|
| In Re: <br> John A. Popadiuk | | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | BK No.: 19-33336 <br><br> Chapter: 7 <br><br> Honorable Carol A. Doyle |
| Kim Mitchell et al. | Debtor(s) | ) <br> ) <br> ) | Adv. No.: 20-00024 |
| John A. Popadiuk et al. | Plaintiff(s) | ) <br> ) <br> ) <br> ) | |
| | Defendant(s) | ) | |

**Order Extending Discovery Cutoff**

This matter coming to be heard on Plaintiffs' Motion to Extend Discovery Cutoff,

IT IS ORDERED that the motion is granted.

The discovery cutoff is extended to November 8, 2021.

Enter:

*/s/ Carol Doyle*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: September 23, 2021

**Prepared by:**

Bert Zaczek
311 N. Aberdeen, Suite 200-D
Chicago, IL 60607