# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTH DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| John A. Popadiuk, | ) | Adversary No.: 20-00024 |
| | ) | |
| Debtor, | ) | Hon. Carol P. Doyle |
| | ) | |
| Kim Mitchell, Rommy Henley, | ) | |
| Raphael Zilch; Edward Storozuk, | ) | Bankruptcy Case No. 19-33336 |
| Brian Sherman; and Joe Newhart | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| John A Popadiuk, individually and d/b/a, | ) | |
| Zidware, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

**Notice of Motion**

TO: See attached list

PLEASE TAKE NOTICE that on October 13, 2022, at 10:00 a.m., I will appear before the Honorable Carol A. Doyle, or any judge sitting in that judge's place, and present the Motion of the Plaintiffs to Dismiss Case, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828- 7666. Then enter the meeting ID and password.

**Meeting ID and password**. The meeting ID for this hearing is **161 155 8289 and** the password is **Doyle742**. The meeting ID and password can also be found on the judge's page on the court's web site. If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a

Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

                                              **Kim Mitchell, Rommy Henley, Raphael Zilch, Edward Storozuk, Brian Sherman, and Joe Newhart**

By:     /s/<u>Bert Zaczek</u>
            One of Plaintiffs' attorneys
            T: 312-527-1090
            E: bert@bzlegal.net

### Certificate of Service

I, Bert Zaczek, certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown on September 22, 2022. CM/ECF indicates it was sent via the Clerk's Electronic Case Filing. All other notices were sent via first-class mail.

Bert Zaczek/Amy Pikarsky
311 N. Aberdeen St.
Suite 200-D
Chicago, IL  60607
T: 312-527-1090
bert@bzlegal.net
amy@bzlegal.net

Zane D. Smith & Associates, Ltd.
221 N. LaSalle St., Suite 1320
Chicago, IL 60601
T: 312-245-0031
Zane@zanesmith.com

2

| | | |
|---|---|---|
| Arnold Landis<br>77 W. Washington st.<br>Chicago, IL 60602-3267 | Bertje Postma<br>Aalscholveroever 8 2492TG<br>Den Hagg<br>Netherlands | Brian Sherman<br>1705 Silver Pine Dr.<br>Northbrook, IL 60062-5133 |
| Brock Hemming<br>8 Penelope St.<br>Brampton ON L6P 3H7<br>Canada | Buddy Herron<br>5111 Kent Junction Rd.<br>Norton, VA 24273-4803 | Capital One Mastercard<br>Attn: Payment Center<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Capital One Visa<br>Attn: Payment Processing<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Charles Sanderson<br>5680 Humbert<br>Godfrey, IL 62035-2126 | Chirstopher Putnam<br>1204 Travis Heights Blvd<br>Austin, TX 78704-2527 |
| Chris Marquette<br>3307 Snydertown Rd.<br>Sunbury, PA 17801-5563 | Chris Samojlenko (Frolic)<br>37 Henning Ave.<br>Toronto ON<br>M4R1X6 Canada | Cointaker<br>3307 Snydertown Rd.<br>Sunbury, PA 17801-5563 |
| Colby Waltenburg<br>504 W. Bonaventure Ave.<br>Tracy, CA 95391-1223 | Daen Campbell<br>5988 Mackenzie St.<br>Vancouver BC V6N 4K4 | Dave King<br>42331 SE 149th Pl<br>North Bend, WA 98045-9066 |
| David Ward<br>4517 E. 2000 N. Rd.<br>Kankakee, IL 60901-7501 | Don Margolis<br>2281 Gloaming Way<br>Beverly Hills, CA 90210-1716 | Douglas Haider<br>7027 W. Oraibi Dr.<br>Glendale, AZ 85308-5539 |
| Eang Thai Ow<br>1504-111 Haro St.<br>Vancouver BC V6E 1E3<br>Canada | Ed Storozuk<br>21318 Sorrel Grove St.<br>Ashburn, VA 20147-5401 | Erik Hohler<br>128 Tallow St.<br>Pickerington, OH 43147-7765 |
| Giovanni Comin<br>2223 Lake Ysabel Rd.<br>Templeton, CA 93465-8647 | Granrath Construction<br>671 Timber Ridge Dr.<br>Bartlett, IL 60103-6606 | Great Lakes Modular<br>Tony Clark)<br>6950 US Highway #31<br>Berrien Springs, MI 49103-9133 |
| James Williams<br>7905 Anchor Dr.<br>Longmont, CO 80504-7721 | Jeff Barr<br>Fairfield Mini Storage<br>PO Box 1010<br>Lancaster, OH 43130-0683 | Jeff Stoutamyer<br>4562 Village Springs Place<br>Atlanta, GA 30338-2402 |

| | | |
|---|---|---|
| Jeff VandenBerg<br>315 Norwood Ave. SE<br>Grand Rapids, MI 49506-1716 | Jim Schadek<br>71 Grange St.<br>Headingley Manitoba R4H aA8<br>Canada | Joe Newhart<br>50 Fawn Dr.<br>Dallas, PA 18612-1554 |
| John Cassady<br>1441 Stein Strauss St.<br>Corona, CA 92883 | John Gimera<br>6107SW Knightsbridge Dr.<br>Portland, OR 97219 | Julian Farrior<br>759 11th St.<br>Boulder, CO 80302-7512 |
| Kevin Cronin<br>171 Sheridan St.<br>North Easton, MA 02356-1913 | Kim Mitchell<br>4150 Baseline Rd.<br>Boulder, CO 80303-2504 | Larry Hastings<br>505 Broadway E #507<br>Seattle, WA 98102-5023 |
| Levi Dittebrandt<br>18407 36th Ave. W<br>Lynnwood, WA 98037-7614 | Lucas Nealan<br>660 4th St. #282<br>San Francisco, CA 94107-1618 | Marcello Bessone<br>4108 W. Corona St.<br>Tampa, FL 33629-8505 |
| Marino Lobbens<br>Leopoldsabbestraat 150<br>8930 Lauwer-Menen<br>Belgium | Mark Brosso<br>1075 Maple Hill Lane<br>Malvern, PA 19355-2340 | Mark Hittner<br>923 Southern Dr.<br>Franklin Square, NY 11010-1019 |
| Mark Scott<br>106 Bluff View Ct.<br>Aledo, TX 76008 | Markus Staiger<br>Nuclear Blast<br>2323 W. El Segundo Blvd.<br>Hawthorne, CA 90250-3315 | Matthew Kleinowsky<br>104 Barton Ave.<br>Toronto ON M6G 1 PG<br>Canada |
| Mehdy-Pierre Hadibi<br>76 Ave Du General<br>deGaulle 92250 LaGarenne Columbes<br>France | Michael Pupo<br>618 Gregg Ave.<br>Reading, PA 19611-1624 | Pascal Leroy<br>Group 94 Guldenspoorstraat<br>21 9000 Gent<br>Belgium |
| Pascal Van Wonterghem<br>Group 94 Guldenspoorstraat<br>21 9000 Gent<br>Belgium | Paypal Inc.<br>2211 North First St.<br>San Jose, CA 95131-2021 | Pintasia<br>3690 W. 34th Ave.<br>Vancouver, BC Canada |
| Raphael Zilch<br>24230 W. Patridge Dr.<br>Plainfield, IL 60544-3711 | Rob Anthony<br>5277 Parker Ave.<br>Saint Louis, MO 63139-1339 | Rob Berk<br>1085 Eagle Trace<br>Warren, OH 44484-6710 |
| Rob Dragani<br>121 L'Amoreaux Dr.<br>Scarborough ON<br>Canada M1W2J9 | Robert Paytner<br>905 Hawthorne Dr.<br>Columbus, IN 47203-1619 | Rodney Cawood<br>655 Knox Rd.<br>Chapmansboro, TN 37035-5015 |

Rommy Henly
2332 Packet Hollow Rd.
Pineville, MO 64856-9685

Ronald Ott
12342 Wilkins Ave.
Rockville, MD 20852-1828

Rotten Dog Amusements (Jim Knight)
540 Macedonia Dr.
Punta Gorda, FL 33950-8007

Ryan Bean
5430 Hidalgo Ct.
Garland, TX 75043-5516

Stefan Riedler
Obere Agergasse
3 4840 Vocklabruck
Austria

Steve Marsh
6454 Nikki Way
Lake Worth, FL 33467-8702

Storage Mart
9N004
IL-59
Cartersville, GA 30120

Storage Mart Facility
9N004 IL-59
Elgin, IL 60120

Terry Dezwarte
11323 Nicollet Lane
Huntley, IL 60142-7059

Thomas Harker
ICD Group
121 Hall St.
Rockford, IL 61107-4109

Timothy Weaver
121 W. Franklin St.
Elkhart, IN 46516-3239

Tom Pettys
3890 S. Federal Blvd.
Englewood, CO 80110-3242

Venis & Copp LLP
Frank Venis
205 W. Randolph St., Ste. 2000
Chicago, IL 60606-1828

West Oak Apartments
14838 Vance Jackson
San Antonio, TX 78249-3152

William Brandes
3690 W. 34th Ave.
Vancouver BC
Canada

William Versen
203 Andover Dr.
Prospect Heights, IL 60070-1168

Zidware Inc
722 Chestnut Ct
Bartlett, IL 60103-2122

deeproot Tech LLC
12621 Silicon Dr.
San Antonio, TX 78249-3447

Catherine L. Steege ESQ
Via CM/ECF

Jeffrey C Dan
Via CM/ECF

Patrick S Layng

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTH DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| John A. Popadiuk, | ) | Adversary No.: 20-00024 |
| | ) | |
| Debtor, | ) | Hon. Carol P. Doyle |
| | ) | |
| Kim Mitchell, Rommy Henley, Raphael Zilch; Edward Storozuk, Brian Sherman; and Joe Newhart | ) | Bankruptcy Case No. 19-33336 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| John A Popadiuk, individually and d/b/a, Zidware, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

**Plaintiffs' Motion to Dismiss Case**

The Plaintiffs, Kim Mitchell, Rommy Henley, Raphael Zilch, Edward Storozuk, Brian Sherman, and Joe Newhart ("Plaintiffs"), by their attorneys, Bert Zaczek, Amy, Pikarsky, and Zane D. Smith & Associates, Ltd. state for their Motion to Dismiss Case:

**Argument**

1. The Plaintiffs filed their Adversary Complaint seeking relief under both 11 U.S.C. §§ 523 and 727 on January 14, 2020.

2. The parties have settled the case. Accordingly, the Plaintiffs wish to dismiss their case.

**Wherefore**, the Plaintiffs, Kim Mitchell, Rommy Henley, Raphael Zilch, Edward Storozuk, Brian Sherman, and Joe Newhart, request that the Court dismiss the case.

        Respectfully submitted,

        **Kim Mitchell, Rommy Henley, Raphael Zilch, Edward Storozuk, Brian Sherman, and Joe Newhart**

By:    /s/<u>Bert Zaczek</u>
        One of Plaintiffs' attorneys

Bert Zaczek/Amy Pikarsky         Zane D. Smith & Associates, Ltd.
311 N. Aberdeen St.         221 N. LaSalle St., Suite 1320
Suite 200-D         Chicago, IL 60601
Chicago, IL 60607         T: 312-245-0031
T: 312-527-1090         Zane@zanesmith.com
bert@bzlegal.net
amy@bzlegal.net

2