UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>John A. Popadiuk | )<br>)<br>)<br>)<br>) | BK No.: 19-33336<br><br>Chapter: 7<br><br>Honorable Carol A. Doyle |
| Kim Mitchell et al.<br>Debtor(s) | )<br>)<br>)<br>) | Adv. No.: 20-00024 |
| John A. Popadiuk et al.<br>Plaintiff(s) | )<br>)<br>)<br>)<br>) | |
| Defendant(s) | ) | |

**ORDER GRANTING MOTION TO DISMISS**

This matter coming to be heard on Plaintiffs' Motion to Dismiss Case,

IT IS ORDERED the motion is granted.

The case is dismissed.

Enter:

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: October 13, 2022

**Prepared by:**

Bert Zaczek
311 N. Aberdeen, Suite 200-D
Chicago, IL 60607